SALVATORE SCIANDRA, Bar No. 58256
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, EDWIN HERNANDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>EDWIN HERNANDEZ,<br><br>  Defendant. | CASE NUMBER: CR-F-04-5320 AWI<br><br>**STIPULATION AND ORDER FOR A RESETTING OF THE HEARING ON THE PRESENTENCE INVESTIGATIVE REPORT**<br><br>Date:  Monday, May 23, 2005<br>Time:  9:00 a.m.<br>Court:  Honorable Anthony W. Ishii |

It is hereby stipulated by and between the parties, defendant EDWIN HERNANDEZ through his counsel, Salvatore Sciandra and the United States through their attorney, Assistant United States Attorney Kevin Rooney that the Hearing on the Presentence Investigative Report that is scheduled for Monday, May 23, 2005 at 9:00 a.m. before the Honorable Anthony W. Ishii be moved forward to Tuesday, May 31, 2005 at 9:00 a.m.

DATED: May 17, 2005               /s/   Salvatore Sciandra
                                  SALVATORE SCIANDRA
                                  Attorney for Defendant, EDWIN HERNANDEZ

DATED: May 17, 2005               /s/   Kevin P. Rooney
                                  KEVIN P. ROONEY
                                  Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   May 18, 2005**               **/s/ Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE